## KERN & HILLMAN, LLC

SCOTT C. KERN                                                                                scott@franchiselawsource.com
ALLAN P. HILLMAN                                                                             allan@franchiselawsource.com

---

**Via ECF**

March 20, 2013

Honorable Ellen Lipton Hollander
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**RE:** *Tech USA, LLC v. Jennifer S. Clayton, et al.*  **Civil Action No. ELH-13-0792**

Dear Judge Hollander:

    I am counsel for plaintiff Tech USA, LLC in the above-captioned case. We thank the Court for its letter dated March 19, 2013, inquiring concerning the citizenship of each member of Tech USA, LLC.

    All members of Tech USA, LLC, are citizens of the State of Maryland, the "Land of Pleasant Living," hereinafter the "Land of Diverse Filing."

Respectfully yours,

Allan P. Hillman

Cc: Grover C. Outland III, Esquire (outland@techusa.net)